IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOCKHEED MARTIN CORPORATION     *

        Plaintiff     *

        vs.     *    CIVIL ACTION NO. MJG-02-1811

ATLANTIC MARINE, INC.     *

        Defendant     *

\*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER TRANSFERRING CASE

For reasons stated on the record of proceedings this date:

1. This case is hereby TRANSFERRED to the United States District Court for the Middle District of Florida.

2. The Clerk promptly shall take all steps necessary to effect the transfer.

3. The parties shall bear their own costs to date in this case.

SO ORDERED THIS 30th DAY OF May, 2002.

/s/ Marvin J. Garbis
Marvin J. Garbis
United States District Judge

____FILED   ____ENTERED
____LODGED  ____RECEIVED

MAY 30 2002

AT
CLERK U.S.
DISTRICT OF MARYLAND
BY_____ DEPUTY

