IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOCKHEED MARTIN CORPORATION   *

       Plaintiff   *

       vs.   *   CIVIL ACTION NO. MJG-02-1811

ATLANTIC MARINE, INC.   *

       Defendant   *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated on the record of proceedings held in this matter on this date:

1. Atlantic Marine's Motion for Change of Venue is GRANTED.

2. Atlantic Marine's Motion to Dismiss for Lack of Personal Jurisdiction is DENIED AS MOOT.

3. A separate Order Transferring Case shall be issued herewith.

SO ORDERED this 30th day of May, 2002.

\_\_\_\_\_FILED   \_\_\_\_\_ENTERED
\_\_\_\_\_LODGED   \_\_\_\_\_RECEIVED

MAY 30 2002

AT
CLERK U.S. ...
DISTRICT OF MARYLAND
BY ................ DEPUTY

_____
Marvin J. Garbis
United States District Judge